**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-00026-MSK
(Criminal Action No. 13-cr-00509-MSK)

UNITED STATES OF AMERICA,

    Petitioner,

v.

ROBERT L. ALLEN,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER Denying Motion to Vacate (2255) of Chief Judge Marcia S. Krieger entered on June 18, 2014 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [1] filed December 20, 2013, is denied; and it is further

    ORDERED that the corresponding civil action is dismissed.

  Dated at Denver, Colorado this 18th day of June, 2014.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                    By:  s/   K Lyons
                                K Lyons
                                Deputy Clerk